

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-16-00761-CV

Jana Lee **FLANAGAN** and Lucas Matthew Flanagan,
Appellants

v.

**RBD SAN ANTONIO LP**, Davidson Hotel Company LLC and G4S Secure Solutions,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20044
Honorable Karen H. Pozza, Judge Presiding

## **O R D E R**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Patricia O. Alvarez, Justice

The panel has considered the appellants' motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court